**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO LAVADA,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No.: CV11-09225-PA-(FMOx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice, each party to bear their own costs, expenses and attorneys' fees.

Date: August 3, 2012                By: _____
                                        Hon. Percy Anderson
                                        United States District Court Judge

1

**Error! Unknown document property name.**